IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SARAH MICHAELIS, INDIVIDUALLY
and RICKY MICHAELIS, INDIVIDUALLY
and AS HUSBAND AND WIFE                                                          PLAINTIFFS

v.                                         Civil No. 4:18-cv-4083

REGINA MORGAN and
TRIANGLE RESOURCES, INC.                                                         DEFENDANTS

# ORDER

Before the Court is a Stipulation of Dismissal with Prejudice. ECF No. 18. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of December, 2019.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge